IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JEFFREY KEITH BOSTIC, | ) | |
| | ) | |
| Defendant, | ) | 1:11CR218-1 |
| | ) | |
| and | ) | |
| | ) | |
| ARMACELL, LLC, | ) | |
| | ) | |
| Garnishee. | ) | |

ORDER

On July 31, 2012, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a *de novo* review and the Magistrate Judge's Recommendation [Doc. #23] is hereby adopted.

IT IS THEREFORE ORDERED that Defendant's Claim for Exemption [Doc. #21] is DENIED.

This the 21st day of April, 2016.

/s/ N. Carlton Tilley, Jr.
Senior United States District Judge